ment, entered March 5, 1909, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*Leavitt J. Hunt* and *Robert McLeod Jackson* for appellant.

*William B. Hornblower*, *W. W. Miller* and *J. Norris Miller* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

HOFFMAN HOUSE, NEW YORK, as Trustee, Respondent, *v.* ELIZUR V. FOOTE, as Executor of EDWARD S. STOKES, Deceased, Appellant.

*Hoffman House, New York, as Trustee*, v. *Foote*, 126 App. Div. 944, affirmed.

(Argued November 16, 1909; decided November 30, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover moneys alleged to have been held by plaintiff under a certain assignment or trust agreement and wrongfully withdrawn and misappropriated by defendant's testator.

*Arthur C. Rounds* for appellant.

*Charles Haldane* and *David McClure* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.